UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:05CR-78-03-H** |
| **LUIS ENRIQUE DELRIO-OLIVAREZ** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The Defendant, Luis Enrique Delrio-Olivarez, by consent and with R. Kenyon Meyer, CJA appointed counsel, appeared in open court on August 2, 2006, and entered a plea of guilty to Count 1 of the Superseding Indictment with a written plea agreement. The United States was represented by Madison Sewell, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Court Reporter. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Superseding Indictment, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. The defendant gives up his right to any property forfeited in Count 6 of the Superseding Indictment. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to Count 1 in the Superseding Indictment and have

sentence imposed accordingly.  Sentencing is hereby scheduled for **October 27, 2006 at 11:30 a.m.** before the Honorable John G. Heyburn II, Chief Judge United States District Court.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P.  72(b), or waive the opportunity to do so.   The defendant shall be **remanded** to the custody of the United States Marshal, pending further orders of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 50 |